NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MICROSOFT CORPORATION,**
*Appellant*

v.

**ENFISH, LLC,**
*Cross-Appellant*

2015-1734, -1736, -1737, -1738, -1739, -1740, -1741, -1742, -1816, -1817, -1818, -1819

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in nos. IPR2013-00559, IPR2013-00560, IPR2013-00561, IPR2013-00562, IPR2013-00563.

O R D E R

IT IS ORDERED THAT:

1) The stay of the briefing schedule in these appeals is lifted.

2) Appeals 2015-1816, -1817 and 2015-1818, -1819, are consolidated with appeals 2015-1734, et al.

3) The due date for the appellant's brief shall be calculated from the date of filing of this order.

                              FOR THE COURT

July 21, 2015                 /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court